## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>FIGUEROA TORRES, JUAN RAMON<br>AGOSTO DE ELON, SARA MARIA<br><br><br>DEBTOR(S) | CASE NO.: 13-08252-ESL<br><br><br><br><br>(CHAPTER 7) |
|---|---|

### TRUSTEE'S REPORT AFTER MEETING OF CREDITORS

Trustee certifies after notice and hearing that the debtor(s) was present and testified under oath at the Meeting of Creditors held on October 30, 2013. All proper schedules and statements have been filed unless otherwise noted. No adverse interest having been presented, the Trustee recommends the following:

**Claims docket necessary at this time.** ☐ Yes ☐ No **Track**
**Exemptions as claimed in Schedule C allowed.** ☐ Yes ☐ No
**Creditor(s) Present** ☐ Yes ☐ No

**Attorney's Information**
Present with Debtor(s) was
☐ Attorney of Record
☐ Other:
☐ Pro-Se

**Debtor to amend within _____ days the following:**
☐ A, ☐ B, ☐ C, ☐ D, ☐ E, ☐ I & J, ☐ Other
☐ § 521 Statement of Intent and provided notice pursuant to Bankruptcy Rules.

**Debtor to turn over to Trustee within _____ days:**
☐ Documents on Real Property    ☐ Documents on Vehicle
☐ Appraisal ☐ Title Search ☐ Mortgage Balance ☑ Evidence of Value ☐ Loan Pay-Off ☐ Registration
Other: No dice. No title std

**Trustee further requests that:**
☐ Case be closed as no-asset as of the date of §341(a) meeting.    ☐ Upon receipt of documents.
☐ Case be held open for potential asset recovery.
☑ Case be RESET the §341(a) Meeting
  ☑ On the 12 day of Dec, 2013 at 2:30 PM.
  ☐ On new notice to be issued by the Counsel for the Debtor(s) for the reason that:
    ☐ Debtor(s) failed to appear.
    ☐ Attorney for Debtor(s) failed to appear.
    ☐ Further testimony or material is needed.

☐ Trustee recommends summary dismissal pursuant to BLR 1017 for the following reason(s):
☐ Failure to provide complete: ☐ Schedules, ☐ Statement of Affairs, ☐ Mailing Lists,
☐ Description of estate assets.
☐ Failure of ☐ Debtor(s) ☐ Counsel to appear at:
  ☐ initial, ☐ subsequent creditor meetings.

Dated: October 30, 2013

/s/ Noemi Landrau-Rivera
Noemi Landrau-Rivera, Trustee