United States Bankruptcy Court
District of Puerto Rico

In re:                                                              Case No. 13-08252-ESL
JUAN RAMON FIGUEROA TORRES                                          Chapter 7
SARA MARIA AGOSTO DE LEON
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0104-3          User: collazoi          Page 1 of 1          Date Rcvd: Dec 26, 2013
                             Form ID: n5009           Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2013.
db/jdb       +JUAN RAMON FIGUEROA TORRES,    SARA MARIA AGOSTO DE LEON,    23 CALLE JOHN F KENNEDY,
              LAS PIEDRAS, PR 00771-3074
smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR  00918
cr           +FIRST BANK PR,    MARTINEZ & TORRES LAW OFFICES PSC,    PO BOX 192938,    SAN JUAN, PR 00919-3409
3802200       AAA,    PO BOX 70101,    SAN JUAN, PR  00936-8101
3802201       AEE,    PO BOX 363508,    SAN JUAN, PR  00936-3508
3802202      +Att Services,    Po Box 192830,    San Juan, PR 00919-2830
3802203       BANCO POPULAR DE PR,    MORTGAGE,    PO BOX 364445,    SAN JUAN, PR  00936-4445
3802205      +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
3802206       Claro,    Metro Office Park Piso 2,    Guaynabo, PR  00966
3802207      +Cooperativa Yabucoena,    Apartado #1,    Yabucoa, PR 00767-0001
3802208      +Dpt Treasury,    3700 East West Hig,    Hyattsville, MD 20782-2092
3802209      +FIRST BANK,    PO BOX 11868,    SAN JUAN, PR 00910-3868
3822251      +FIRSTBANK,    ATTY MARYSOL LOPEZ,    PO BOX 192938,    SAN JUAN PR 00919-3409
3802210      +Radio/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Dec 26 2013 19:41:46      US TRUSTEE,    EDIFICIO OCHOA,
              500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
3802204       E-mail/Text: ebn@squaretwofinancial.com Dec 26 2013 19:43:56      Cach, Llc,
              4340 S Monaco St Unit 2,    Denver, CO  80237-3408
3817180       E-mail/Text: maria.benabe@firstbankpr.com Dec 26 2013 19:39:42      FIRSTBANK BANKRUTCY DIVISION,
              PO BOX 9146,    SAN JUAN PR 00908-0146
                                                                                  TOTAL: 3


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2013                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2013 at the address(es) listed below:
              MARYSOL  LOPEZ GONZALEZ    on behalf of Creditor    FIRST BANK PR mlopez@martineztorreslaw.com,
              mbaldera@martineztorreslaw.com,jrico@martineztorreslaw.com,solymarder@yahoo.com,
              rmelendez@martineztorreslaw.com;vtorres@martineztorreslaw.com;lperez@martineztorreslaw.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              NOEMI  LANDRAU    on behalf of Trustee NOEMI  LANDRAU RIVERA trusteenotices@landraulaw.com,
              nlandrau@ecf.epiqsystems.com
              NOEMI  LANDRAU RIVERA    trusteenotices@landraulaw.com, nlandrau@ecf.epiqsystems.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor JUAN RAMON FIGUEROA TORRES
              cmecf@rfclawpr.com, cmecf.rfclawpr@gmail.com
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Joint Debtor SARA MARIA AGOSTO DE LEON
              cmecf@rfclawpr.com, cmecf.rfclawpr@gmail.com
                                                                                  TOTAL: 6

### UNITED STATES BANKRUPTCY COURT
#### District of Puerto Rico

<table>
<tr><td>

*In re:*

*JUAN RAMON FIGUEROA TORRES*

*SARA MARIA AGOSTO DE LEON*


*xxx–xx–1447*
*xxx–xx–1861*

               Debtor(s)

</td><td>

**Case No. 13–08252 ESL**

**Chapter 7**




FILED & ENTERED ON
*12/26/13*

</td></tr>
</table>

### *NOTICE*

You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

San Juan, Puerto Rico, this ***December 26, 2013***


*/s/ MARIA DE LOS ANGELES GONZALEZ*
Clerk of the Court

cc: all creditors                                  By: *INECITA COLLAZO*
Deputy Clerk